IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OSCAR ENRIQUE RUIZ ROJAS,<br><br>Defendant. | CR 24–17–BU–DLC<br><br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 23.) Defendant Oscar Enrique Ruiz Rojas has been adjudged guilty of prohibited person in possession of a firearms and ammunition as charged in the sole count of the Indictment. (Doc. 25.) As such, there is a factual basis and cause to issue an order of forfeiture, pursuant to 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED the Motion (Doc. 23) is GRANTED.

IT IS FURTHER ORDERED that Rojas's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- Ruger AR-556 Rifle, Cal. 556, SN: 1852-06002;
- Smith & Wesson M&P 15-22P Pistol, Cal. 22, SN: WAE0155;
- Taurus 1911 Commander Pistol, Cal. 45, SN: NLR16633;
- Glock GMBH 19GEN4 Pistol, Cal 9, SN: BKGN088;
- Unknown Unknown Rifle, Cal Unknown, SN: None; and
- Assorted ammunition and accessories.

1

IT IS FURTHER ORDERED that the Federal Bureau of Investigation and/or a designated sub-custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 3rd day of September, 2024.

_____
Dana L. Christensen, District Judge
United States District Court